JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS PULSKAMP, | Case No. CV 20-6484-GW (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KATHLEEN ALLISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 16, 2021

*George H. Wu*
GEORGE H. WU
U.S. DISTRICT JUDGE